IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **JOSHUA SANDLIN,** <br><br> Defendant. | 6:23-po-5035-KLD <br><br> Violation: F01E001R <br><br><br> **ORDER** |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and the bench trial set for June 21, 2023, is vacated.

Dated this 14th day of June, 2023.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1